| | |
|---|---|
| 1 | CRAIG G. STAUB, Bar No. 172857 |
| 2 | cstaub@littler.com |
|   | LITTLER MENDELSON, P.C. |
| 3 | 633 West 5th Street |
|   | 63rd Floor |
| 4 | Los Angeles, CA  90071 |
|   | Telephone: 213.443.4300 |
| 5 | Facsimile:  213.443.4299 |
| 6 | |
|   | MAGGY ATHANASIOUS, Bar No. 252137 |
| 7 | mathanasious@littler.com |
|   | LITTLER MENDELSON, P.C. |
| 8 | 2049 Century Park East |
|   | 5th Floor |
| 9 | Los Angeles, CA  90067.3107 |
| 10 | Telephone: 310.553.0308 |
|    | Facsimile:  310.553.5583 |

Attorneys for Defendants
ALL FREIGHT CARRIERS INC. and AFC LOGISTICS INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WAYNE YARIAN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALL FREIGHT CARRIERS INC., an Illinois Corporation; AFC LOGISTICS INC., an Illinois Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.  19-cv-9172<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE<br><br>**DEFENDANTS' NOTICE OF INTERESTED PARTIES**<br><br>[Local Rule 7.1-1]<br><br>State Complaint Filed:  August 16, 2019 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, PLAINTIFF WAYNE YARIAN AND HIS ATTORNEYS OF RECORD:**

The undersigned, counsel of record for Defendants ALL FREIGHT CARRIERS INC. d/b/a AFC TRANSPORT INC. and AFC LOGISTICS INC., certify that the following listed parties may have a pecuniary interest in the outcome of this case

- Plaintiff WAYNE YARIAN
- The Kick Law Firm, APC
- Defendant ALL FREIGHT CARRIERS INC. d/b/a AFC TRANSPORT INC.
- Defendant AFC LOGISTICS INC.

Defendant These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated:   October 24, 2019              Respectfully Submitted,

*/s/ Maggy M. Athanasious*
CRAIG G. STAUB
MAGGY ATHANASIOUS
LITTLER MENDELSON, P.C.
Attorneys for Defendants
ALL FREIGHT CARRIERS INC. and AFC LOGISTICS INC.

4839-5241-7962.1 105233.1000

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA  90071
213.443.4300