CRAIG G. STAUB, Bar No. 172857
cstaub@littler.com
LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA  90071
Telephone: 213.443.4300
Facsimile:  213.443.4299

MAGGY ATHANASIOUS, Bar No. 252137
mathanasious@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
Telephone: 310.553.0308
Facsimile:  310.553.5583

Attorneys for Defendants
ALL FREIGHT CARRIERS INC. and AFC LOGISTICS INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WAYNE YARIAN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALL FREIGHT CARRIERS INC., an Illinois Corporation; AFC LOGISTICS INC., an Illinois Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 19-cv-9172<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE<br><br>**DEFENDANTS' NOTICE OF RELATED CASES**<br><br>[Local Rule 83-1.3.1]<br><br>State Complaint Filed:  August 16, 2019 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, PLAINTIFF WAYNE YARIAN AND HIS ATTORNEYS OF RECORD:**

Pursuant to Central District Local Rule 83-1.3.1, Defendants ALL FREIGHT CARRIERS INC. d/b/a AFC TRANSPORT INC. and AFC LOGISTICS INC., ("Defendants") hereby aver that, to Defendants' knowledge, no action previously filed or currently pending in the Central District appears to arise from the same or substantially identical transactions, happenings or events as those alleged in Plaintiff WAYNE YARIAN'S pending lawsuit.

To Defendants' knowledge, no action previously filed or currently pending in the Central District appears to call for determination of the same or substantially identical questions of law and fact or will entail substantial duplication of labor if heard by different judges.

Dated:   October 24, 2019              Respectfully Submitted,

*/s/ Maggy M. Athanasious*
CRAIG G. STAUB
MAGGY ATHANASIOUS
LITTLER MENDELSON, P.C.
Attorneys for Defendants
ALL FREIGHT CARRIERS INC. and
AFC LOGISTICS INC.

4845-0259-8826.1 105233.1000