CRAIG G. STAUB, Bar No. 172857
cstaub@littler.com
LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
Telephone: 213.443.4300
Facsimile: 213.443.4299

MAGGY ATHANASIOUS, Bar No. 252137
mathanasious@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
Telephone: 310.553.0308
Facsimile: 310.553.5583

Attorneys for Defendants
ALL FREIGHT CARRIERS INC. and AFC LOGISTICS INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WAYNE YARIAN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALL FREIGHT CARRIERS INC., an Illinois Corporation; AFC LOGISTICS INC., an Illinois Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 19-cv-9172<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE<br><br>**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**<br><br>[FED. R. CIV. P. 7.1]<br><br>State Complaint Filed: August 16, 2019 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, PLAINTIFF WAYNE YARIAN AND HIS ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants ALL FREIGHT CARRIERS INC. d/b/a AFC TRANSPORT INC. and AFC LOGISTICS INC., hereby submit the following corporate disclosure statement:

Neither All Freight Carriers Inc. d/b/a AFC Transport Inc., nor AFC Logistics Inc., have any publically held parent corporation, subsidiaries or affiliates. There is no publicly held corporation owning 10% or more of its stock.

A supplemental corporate disclosure statement will be filed upon any change in the information provided herein in accordance with Federal Rules of Civil Procedure, Rule 7.1.

Dated: October 24, 2019

Respectfully Submitted,

*/s/ Maggy M. Athanasious*
CRAIG G. STAUB
MAGGY ATHANASIOUS
LITTLER MENDELSON, P.C.
Attorneys for Defendants
ALL FREIGHT CARRIERS INC. and
AFC LOGISTICS INC.

4823-9613-4826.1 105233.1000