1  CRAIG G. STAUB, Bar No. 172857
   cstaub@littler.com
2  LITTLER MENDELSON, P.C.
3  633 West 5th Street
   63rd Floor
4  Los Angeles, CA  90071
   Telephone: 213.443.4300
5  Facsimile:  213.443.4299

6
   MAGGY ATHANASIOUS, Bar No. 252137
7  mathanasious@littler.com
   LITTLER MENDELSON, P.C.
8  2049 Century Park East
   5th Floor
9  Los Angeles, CA  90067.3107
10 Telephone: 310.553.0308
   Facsimile:  310.553.5583
11
   Attorneys for Defendants
12 ALL FREIGHT CARRIERS INC. and AFC
   LOGISTICS INC.
13

14             UNITED STATES DISTRICT COURT

15             CENTRAL DISTRICT OF CALIFORNIA

16                    WESTERN DIVISION

17

| | |
|---|---|
| WAYNE YARIAN, individually, and on behalf of all others similarly situated, | Case No. |
| | ASSIGNED FOR ALL PURPOSES TO JUDGE |
| Plaintiff, | |
| v. | **NOTICE OF ERRATA RE: DECLARATION OF MAGGY M. ATHANASIOUS IN SUPPORT OF NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT** |
| ALL FREIGHT CARRIERS INC., an Illinois Corporation; AFC LOGISTICS INC., an Illinois Corporation; and DOES 1 through 100, inclusive, | |
| | State Complaint Filed:  August 16, 2019 |
| Defendants. | |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, PLAINTIFF WAYNE YARIAN AND HIS ATTORNEYS OF RECORD:**

Please take notice that, due to clerical error, an unsigned version of the Declaration of Maggy M. Athanasious in Support of Defendants' Notice of Removal of Action to Federal Court (Dckt. # 1-1) was inadvertently filed. A signed version of the aforementioned declaration is being filed herewith. Exhibits A through K to the declaration remain the same and appear at Dckt. ## 1-2 through 1-12.

Dated: October 24, 2019                    Respectfully Submitted,

                                            */s/ Maggy M. Athanasious*
                                            CRAIG G. STAUB
                                            MAGGY ATHANASIOUS
                                            LITTLER MENDELSON, P.C.
                                            Attorneys for Defendants
                                            ALL FREIGHT CARRIERS INC. and
                                            AFC LOGISTICS INC.

4815-5197-4314.1 105233.1000

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300