1  CRAIG G. STAUB, Bar No. 172857
2  cstaub@littler.com
   LITTLER MENDELSON, P.C.
3  633 West 5th Street
   63rd Floor
4  Los Angeles, CA  90071
   Telephone: 213.443.4300
5  Facsimile:  213.443.4299

6  MAGGY ATHANASIOUS, Bar No. 252137
7  mathanasious@littler.com
   LITTLER MENDELSON, P.C.
8  2049 Century Park East
   5th Floor
9  Los Angeles, CA  90067.3107
   Telephone: 310.553.0308
10 Facsimile:  310.553.5583

11
   Attorneys for Defendants
12 ALL FREIGHT CARRIERS INC. and AFC
   LOGISTICS INC.
13

14              UNITED STATES DISTRICT COURT

15            CENTRAL DISTRICT OF CALIFORNIA

16                    WESTERN DIVISION

17 WAYNE YARIAN, individually, and        Case No. 19-cv-9172
   on behalf of all others similarly
18 situated,                              ASSIGNED FOR ALL PURPOSES TO
                                          JUDGE
19
              Plaintiff,                  **PROOF OF SERVICE**
20
   v.                                     State Complaint Filed:  August 16,
21                                        2019
   ALL FREIGHT CARRIERS INC., an
22 Illinois Corporation; AFC LOGISTICS
   INC., an Illinois Corporation; and
23 DOES 1 through 100, inclusive,

24            Defendants.

25

26

27

28

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2049 Century Park East, 5th Floor, Los Angeles, CA 90067.

On October 24, 2019, 2019, I served the within document(s):

**DEFENDANTS' NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT**

**DECLARATION OF MAGGY ATHANASIOUS IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT**

**DECLARATION OF DONALD HINSON IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT**

**DEFENDANTS' NOTICE OF RELATED CASES**

**DEFENDANT'S NOTICE OF INTERESTED PARTIES**

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

**NOTICE OF ERRATA RE DECLARATION OF MAGGY M. ATHANASIOUS IN SUPPORT OF NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT**

**SIGNED DECLARATION OF MAGGY M. ATHANASIOUS IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT**

☐ **By personal service.** I personally delivered the documents to the persons at the addresses listed below. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office, between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067-3107
310 553.0308

4823-9069-2010.1 105233.1000                    2.

PROOF OF SERVICE

☒    **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses below and *(specify one):*

☐    deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

☒    placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at: **Los Angeles, California.**

Taras Kick,  Esq.
Daniel J. Bass, Esq.
THE KICK LAW FIRM, APC
815 Moraga Drive
Los Angeles, California 90049
Telephone: (310) 395-2988
Facsimile: (310) 395-2088
Taras@kicklawfirm.com
Daniel@kicklawfirm.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on October 24, 2019 at Los Angeles, California.

Barbara Nikitas

Barbara Nikitas

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067-3107
310 553 0308

4823-9069-2010.1 105233.1000

3.

PROOF OF SERVICE